826

No. 177. ALKER v. ESTATE OF RENTSCHLER. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Frank F. Truscott* for petitioner. *David F. Maxwell* for respondent.

No. 182. KILGORE v. SOUTH CAROLINA. Supreme Court of South Carolina. Certiorari denied. *Wesley M. Walker, J. D. Todd, Jr.* and *Fletcher C. Mann* for petitioner.

No. 183. SOCARRAS ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *David W. Walters* for petitioners. *Solicitor General Rankin* for the United States.

No. 193. LANGLEY v. OREGON. Supreme Court of Oregon. Certiorari denied. Petitioner *pro se. Robert Y. Thornton,* Attorney General of Oregon, for respondent.

No. 198. MINNESOTA v. ADAMS ET AL. Supreme Court of Minnesota. Certiorari denied. *Miles Lord,* Attorney General of Minnesota, *Melvin J. Peterson,* Deputy Attorney General, and *Victor J. Michaelson* and *Sydney Berde,* Special Assistant Attorneys General, for petitioner. *John D. Jenswold* for respondents.

No. 185. ARRINGTON v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *T. Emmett McKenzie* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Eugene L. Grimm* for the United States.